**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TYRONE ALLEN, LORIANN STEVENS,
and RAYVAR WILLIAMS,

       Plaintiffs,                        Case No.: 14-cv-10660

vs.                                           Hon. Bernard A. Friedman

GREYHOUND LINES, INC.          Mag. Judge Anthony P. Patti

       Defendant.
_____/

GEOFFREY N. FIEGER (P30441)
JAMES S. CRAIG (P52691)
JAMES J. HARRINGTON, IV (P65351)
Fieger, Fieger, Kenney, Giroux
   & Harrington, P.C.
Attorneys for Plaintiffs
19390 W. Ten Mile Rd.
Southfield, MI 48075
(248) 355-5555

MARK SHREVE (P29149)
Garan Lucow Miller, P.C.
Attorney for Defendant
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600
_____/

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

      This cause having been resolved by the Parties, it is stipulated through their respective counsel that this cause shall be dismissed with prejudice and without costs.

s/with consent of James S. Craig        s/Mark Shreve
JAMES S. CRAIG                              MARK SHREVE
Fieger, Fieger, Kenney & Harrington, P.C.   Garan Lucow Miller, P.C.

2

## ORDER OF DISMISSAL
## WITH PREJUDICE

In accordance with a stipulation to that effect;

**IT IS HEREBY ORDERED THAT** the above cause is dismissed with prejudice and without costs.

**IT IS FURTHER ORDERED** that this Order is dispositive of all claims presented by the Plaintiff and is the final Order in this matter.

                                                    s/ Bernard A. Friedman____
                                                    U.S. District Court Judge

April 4, 2017

Proposed_Order_20170404_10_33_58_718.WPD